# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

BEVERLY JOLLEY, *et al.*,

           Plaintiffs,

vs.

BAC HOME LOANS SERVICING, LP, *et al.*,

           Defendants.

Case No. 2:10-cv-01914-RCJ-PAL

**ORDER**

This matter is before the court on Defendants' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Complaint in this matter was filed in state court and removed (Dkt. #1) to Federal District Court November 1, 2010. Defendants Answer (Dkt. #5) was filed November 15, 2010. LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except *habeas corpus* cases) *pro se* litigants and counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case. LR 7.1-1(b) further states that if there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires. To date, Defendants have failed to comply. Accordingly,

**IT IS ORDERED** Defendants shall file their Certificate as to Interested Parties, which fully complies with LR 7.1-1 **no later than 4:00 p.m., December 16, 2010.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

Dated this 1st day of December, 2010.

                                                                 Peggy A. Leen
                                                                 United States Magistrate Judge